ORIGINAL

FILED
17 MAR 10 AM 10: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ MPL ____ DEPUTY

UNSEALED PER ORDER OF COURT
1/3/18 *alf*

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **17CR0622W** |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 18, U.S.C., Sec. 2339A(a) – Conspiracy to Provide Material Support to Terrorists; Title 18, U.S.C., Sec. 2339A(a) – Providing Material Support to Terrorists; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| ABDULLAHI AHMED ABDULLAHI, aka "Phish," aka "Fish," | |
| Defendant. | |

The grand jury charges:

INTRODUCTORY ALLEGATIONS

At all times material to this Indictment:

1. Defendant ABDULLAHI AHMED ABDULLAHI, aka "Phish," aka "Fish" (hereinafter "ABDULLAHI"), was a Somali national who immigrated to the United States, and resided in the Minneapolis and San Diego areas before moving to Canada and becoming a naturalized Canadian citizen.

2. Al-Qa'ida in Iraq (hereinafter "AQI"), known also as Jam 'at al Tawid wa' al-Jahid, was a designated foreign terrorist organization (hereinafter "FTO") as defined by the laws of the United States. At

SPH:nlv(1):San Diego
3/9/17    cc: PRETRIAL

various times, the FTO designation of AQI was amended to include the following aliases: The Islamic State of Iraq and the Levant ("ISIL") as its primary name, the Islamic State of Iraq and al-Sham ("ISIS" - which is how the FTO will be referenced herein), The Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furquan Establishment for Media Production, the Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO.

3. Coconspirator #1, aka "Tooth," aka "Toothman," aka "Duale," was a national of the United States and friend of defendant ABDULLAHI, who resided in San Diego, California, within the Southern District of California, before traveling from the United States to Syria, via Turkey, on or about March 9, 2014 and engaging in terrorist activity, including fighting in Syria. On or about August 26, 2014, Coconspirator #1 was killed in Syria while fighting in Syria (i.e., engaging in violent jihad).

4. Coconspirator #2, aka "Little Man," aka "Lil Man," aka "Lil Homie," aka "Lil N****," aka "Hman," was a national of the United States and cousin of defendant ABDULLAHI, who resided in the San Diego and Minneapolis areas, before traveling from the United States to Syria, via Turkey, on or about March 9, 2014 and engaging in terrorist activity, including fighting in Syria.

5. Coconspirator #3, aka "Farmer," aka "Farmer G.," aka "F.G.," aka "Abu Raasas," aka "Raasas," was a Somali national and cousin of defendant ABDULLAHI who immigrated to the United States and resided in the Minneapolis and San Diego areas before moving to Canada and ultimately traveling from Canada to Syria, via Turkey, on or about

November 10, 2013 and engaging in terrorist activity, including fighting in Syria.

6. Coconspirator #4, aka "Zubayr," aka "Abu Zubayr," aka "Zubair," aka "Zooman," aka "Z-man," was a Somali national and cousin of defendant ABDULLAHI who immigrated to the United States and resided in the Minneapolis and San Diego areas before moving to Canada and ultimately traveling from Canada to Syria, via Turkey, on or about November 11, 2013 and engaging in terrorist activity, including fighting in Syria.

7. Coconspirator #5, aka "Sleepy," was a Somali national and cousin of defendant ABDULLAHI and Canadian national who resided in Canada before traveling from Canada to Syria, via Turkey, on November 11, 2013 and engaging in terrorist activity, including fighting in Syria.

8. In or about mid-November 2014, coconspirators #2, #3, #4, and #5, were all killed in Syria.

## Count 1

(Conspiracy to Provide Material Support to Terrorists)

9. Beginning in or about August 2013 through in or about November 2014, defendant ABDULLAHI AHMED ABDULLAHI, aka "Phish"; coconspirator #1, aka "Tooth," aka "Toothman," aka "Duale" (hereinafter "Tooth"); coconspirator #2, aka "Little Man," aka "Lil Man," aka "Lil Homie," aka "Lil N****," aka "Hman" (hereinafter "Little Man"); coconspirator #3, aka "Farmer," aka "Farmer G.," aka "F.G.," aka "Abu Raasas," aka "Raasas" (hereinafter "Farmer"); coconspirator #4, aka "Zubayr," aka "Abu Zubayr," aka "Zubair," aka "Zooman," aka "Z-man" (hereinafter "Zubayr"); and coconspirator #5, aka "Sleepy" (hereinafter "Sleepy"), did knowingly and intentionally conspire and agree with each other and others, known and unknown to the Grand Jury, to provide material support and resources

as defined in Title 18, United States Code, Section 2339A(b), namely: currency and monetary instruments (collectively "money"), and personnel, to include, defendant ABDULLAHI, Tooth, Little Man, Farmer, Zubayr, Sleepy and others, knowing and intending that such money and personnel were to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a), that is, a conspiracy to murder, kidnap and maim persons in a foreign country.

### Manner and Means of the Conspiracy

10. The manner and means by which defendant ABDULLAHI, the coconspirators Tooth, Little Man, Farmer, Zubayr and Sleepy, and others known and unknown to the Grand Jury sought to accomplish the objects of the conspiracy included, among others, the following:

   a. Defendant ABDULLAHI, coconspirators Tooth, Little Man, Farmer, Zubayr and Sleepy, and other persons residing in North America agreed to travel to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

   b. In preparation for their travel to Syria to act as foreign terrorist fighters, some of the members of the conspiracy, including coconspirator Tooth, practiced with firearms at gun ranges in San Diego and other locations in North America.

   c. Members of the conspiracy, including defendant ABDULLAHI and coconspirator Zubayr, agreed and encouraged others to commit crimes against the "kuffar" (an Arabic term meaning infidels or non-believers), such as theft and fraud to obtain money and items to finance and support their conspirators' travel to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

   d. Defendant ABDULLAHI and two other individuals committed an armed robbery of a jewelry store. ABDULLAHI committed the armed robbery in order to finance and support his conspirators' travel to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

   e. Members of the conspiracy, including defendant ABDULLAHI and coconspirator Farmer, agreed to send, did send, and caused others to send money, via Western Union, to other members of the conspiracy, including coconspirators Tooth and Little Man, to facilitate and finance the travel of foreign fighters from North America to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

   f. Beginning in or about November 2013 through in or about November 2014, coconspirators Farmer, Zubayr, Sleepy, Tooth, Little Man and other members of the conspiracy traveled from North America to Syria, via Turkey, and acted as foreign terrorist fighters in Syria by engaging in terrorist activity in Syria, including the killing, kidnapping, and maiming of persons.

   g. Members of the conspiracy, including defendant ABDULLAHI, and coconspirators Tooth and Farmer, agreed to send, did send, and caused others to send money, via Western Union, to third-party intermediaries in Gaziantep, Turkey (located approximately 40 miles from the Syrian border), for the purpose of supporting the members of the conspiracy fighting and engaging in terrorist activity in Syria, including the killing, kidnapping, and maiming of persons.

   h. In order to avoid detection by law enforcement and further the goals of the conspiracy, members of the conspiracy, including

5

defendant ABDULLAHI and coconspirators Farmer, Zubayr, Tooth and Little Man, created and used email accounts to communicate via email messages, and further used the Internet, including Voice over Internet Protocol and cross-platform messaging applications, to send and receive private text, audio and video messages for the purpose of: (i) planning, coordinating and providing for the foreign fighters' travel, financial and logistical needs; (ii) updating their coconspirators as to the activities of terrorists in Syria, including ISIS foreign fighters, and the specific battles and violent terrorist activity of coconspirators fighting in Syria; and (iii) encouraging others to join and support the violent activities of terrorists fighting in Syria.

    i. In order to avoid detection and further the goals of the conspiracy, members of the conspiracy used coded language to:

    (i) refer to persons and groups of individuals, including the terms:

- "brothers," "homies," and "homies in N.A. (i.e. North America)," "akhs," or "akhis," to refer to members of the conspiracy,
- "Phish" to refer to defendant ABDULLAHI,
- "Farmer," "Farmer G.," "F.G.," "Abu Raasas," or "Raasas" to refer to coconspirator Farmer,
- "Zubayr," "Abu Zubayr," "Zubair," "Zooman," or "Z-man" to refer to coconspirator Zubayr,
- "Tooth," "Toothman" or "Duale" to refer to coconspirator Tooth,
- "Little Man" "Lil Man," "Lil Homie," "Lil N****," or "Hman," to refer to coconspirator Little Man,
- "Sleepy" to refer to coconspirator Sleepy;

6

      (ii) refer to the weapons, training, fighting and the violent activities of terrorist fighters, using sports terminology and other slang such as:

- a good "three point shot" to describe expert firearms marksmanship and "skills on da court" to describe their battle/firearms skills;
- "b's" to describe number of persons they had killed while fighting;
- "spring playoffs," "hooping season," "da game," "playing basketball," "blitz" and "smashing the manz in ball" to describe their battles while fighting;
- "sub us out" or "benched" to describe being killed in battle;
- "caravan" to describe those individuals from North America traveling to Syria to join terrorist fighters and engage in terrorist activity, including killing, kidnapping and maiming persons;
- "strap" to describe firearms;
- "gwap" to describe money;

      (iii) discuss and plan the means by which they could provide support to persons who were affiliated with and supporting terrorist fighters, including ISIS fighters.

### Overt Acts

11. In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

7

a. From on or about October 24, 2013 through on or about November 8, 2013, coconspirators Farmer, Zubayr and Sleepy purchased airline tickets to fly from Edmonton, Canada to Istanbul, Turkey, via Toronto.

b. On November 6, 2013, coconspirator Farmer wired, via Western Union, approximately $1,200 U.S. Dollars ("USD") from Calgary, Canada, to Tooth in San Diego, California for the purpose of financing Tooth's travel to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

c. On or about November 10, 2013, coconspirator Tooth used the credit card of an individual (hereinafter "individual #1") to purchase airline tickets from San Diego to Istanbul, departing November 12, 2013, for the purpose of traveling to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

d. On or about November 10, 2013, coconspirator Farmer traveled from Edmonton to Istanbul in order to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

e. On or about November 11, 2013, coconspirators Zubayr and Sleepy traveled together from Edmonton to Istanbul to support and join terrorist fighters engaged in terrorist

activity in Syria, including the killing, kidnapping and maiming of persons.

f. On or about November 12, 2013, coconspirator Tooth traveled to the San Diego International Airport for the purpose of flying from San Diego to Istanbul; however, he did not travel because his reservation was cancelled.

g. Following coconspirator Farmer's departure from Canada, from on or about November 12, 2013, through on or about November 25, 2013, in Alberta, Canada, defendant ABDULLAHI made cash withdrawals totaling approximately $2,800 Canadian Dollars ("CAD") from Farmer's bank account using Farmer's debit card for the purpose of sending the money to Farmer and other coconspirators' efforts to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

h. In or about late November 2013, coconspirator Farmer created an email account (hereinafter "email account #1") for use by the coconspirators in North America, Turkey and Syria for the purpose of communicating with each other and avoiding detection of their activities by law enforcement.

i. In or after November 2013, defendant ABDULLAHI, using the moniker "Phish," authored an email message in email account #1 to his coconspirators fighting in Syria (i.e., the "homies" and "brothers"), in which he stated that he had heard that Farmer and the other foreign fighters had been successful in killing their enemies in battle (i.e.,

|   |    |   |
|---|----|---|
|   |    | "I heard yall got b's [i.e., bodies] under yall belt") and that coconspirator Zubayr was a very good marksman with a firearm (i.e., "I heard zubair [Zubayr's] three point shot is no joke. I always knew that man was a hard brother."). |
|   | j. | In or after November 2013, coconspirator Farmer authored an email message in email account #1 to defendant ABDULLAHI (i.e., "Phish"), in which he told ABDULLAHI that it was important that he travel to Syria and join in the fighting (i.e., "it[']s an important time to catch the caravan") before Farmer and his coconspirators were killed in battle (i.e., "the playoffs is getting more intense and the manz over here tryed [sic] to sub us out the other week"). |
|   | k. | In or after November 2013, coconspirator Farmer authored an email message in email account #1 to his coconspirators in North America (i.e., "ahks" [slang term for brothers]), in which he stated that he could not provide a lot of details about their violent battles in Syria (i.e., "hooping season") but urged them to travel to Syria and join them on the battlefield soon (i.e., "come quick to these tryouts[.] it[']s no longer voluntearie! [sic] It[']s a must to seat [sic] here on da bench or get in the starting lines like the homeis [sic] here"); and also stated that their enemies were constantly on the offensive and supported by western governments ("these cowards ... ain't playing fair or |

10

|    |    |    |
|----|----|----|
|    |    | truthful . . . and they all start the game without us knowing and blitz us cuz the refs r from y'all side"). |
|    | l. | Sometime after November 2013, coconspirator Zubayr authored an email message in email account #1 to his coconspirators (i.e., "to all the homies") in which he requested that they send money ("gwap") to coconspirator Little Man for his airline tickets to travel to support and join terrorist fighters engaged in terrorist activity in Syria, and also encouraged them to steal and commit fraud against the "kuffar" to raise such money because according to Islamic law it was permissible to engage in such crimes (i.e., it was "halal"). |
|    | m. | On or about January 9, 2014, in Edmonton, Alberta, Canada, defendant ABDULLAHI committed an armed robbery of a jewelry store for the purpose of financing the travel and efforts of coconspirators in supporting and joining terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons. |
|    | n. | In or after February 2014, defendant ABDULLAHI, using the moniker "Phish," authored an email message in email account #1 to coconspirator Farmer in which he explained that the delays in sending money to his coconspirators were due to the difficulties in pawning the jewelry he stole in the January 2014 armed robbery of the Edmonton jewelry store. |
|    | o. | On or about February 13, 2014, in San Diego, California, coconspirator Tooth practiced with firearms at a gun |

11

range, including an AR-15 style semi-automatic weapon, in preparation for his travel to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

    p.    On or about February 22, 2014, defendant ABDULLAHI wired, via Western Union, approximately $450.00 USD from Edmonton to coconspirator Tooth in San Diego, California, for the purpose of financing the travel and efforts of his coconspirators in supporting and joining terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

    q.    On or about February 23, 2014, after receiving the wire transfer of the $450.00 USD from defendant ABDULLAHI and at the direction of coconspirator Farmer in Syria, coconspirator Tooth wired, via Western Union, approximately $350.00 USD from San Diego to a third party intermediary (hereinafter "individual #2") in Gaziantep, Turkey, for the purpose of financing coconspirators engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

    r.    On or about February 28, 2014, defendant ABDULLAHI wired, via Western Union, approximately $900 USD from Edmonton to coconspirator Tooth in San Diego for the purpose of financing the travel of coconspirators Tooth and Little Man to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

s. On or about March 3, 2014, defendant ABDULLAHI wired, via Western Union, approximately $1,700 USD from Edmonton to individual #1 in San Diego for the purpose of financing the travel of coconspirator Tooth and Little Man to Syria to support and join terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

t. In or before early March 2014, defendant ABDULLAHI, using the moniker "Phish," authored an email message in email account #1 to coconspirator Little Man (i.e., "Hman"), in which he instructed Little Man to contact Tooth about getting the airline tickets for his travel (i.e., "but talk to tooth and get y'all tickets") and stated that he planned to join them in the battlefield in Syria (i.e., "inshallah we['] ll be all together on the front lines just like I been dreaming about lately.").

u. In or about early March 2014, defendant ABDULLAHI, using the moniker "Phish," authored an email message in email account #1, to coconspirator Tooth in which he requested that Tooth provide him with coconspirator Little Man's full name and spelling because he was about to "send [Little Man] some traveling money."

v. In or about early March 2014, defendant ABDULLAHI, using the moniker "Phish," authored email messages to coconspirator Farmer and his other coconspirators (i.e., "farmer and the homies") in which he stated that he wired $3,000.00 to coconspirator Tooth which monies were used to purchase airline tickets to Turkey for Tooth and

Little Man, i.e., "I sent tooth 3 grand to get the tickets" and "I hope y'all understand tooth go loot for the tickets for the little man too and I'm working on sending him pocket money before he leaves."

w. On or about March 7, 2014, defendant ABDULLAHI caused a third party (hereinafter "individual #3") to wire approximately $150.00 USD from Edmonton to another third party (hereinafter "individual #4) in Minneapolis, for the purpose of providing travel money to coconspirator Little Man so that Little Man could join and support terrorist fighters engaged in terrorist activity in Syria.

x. On or about March 7, 2014, after defendant ABDULLAHI sent wire transfers totaling $2,600 USD (referred to in Overt Acts ¶¶ r. and s., above), coconspirator Tooth provided the $2,600 to an individual (hereinafter "individual #5"), who subsequently deposited the money into the bank account of another individual (hereinafter "individual #6") to facilitate the purchase of airline tickets by Tooth for traveling to Syria to join and support terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

y. On March 8, 2014, within the Southern District of California, after individual #5 deposited the $2,600 into the bank account, coconspirator Tooth purchased airline tickets for Little Man and himself to fly from the United States to Turkey for the purpose of joining terrorist

|   |     | fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons, by using individual #6's credit/debit card. |
|---|-----|---|
|   | z.  | On or about March 9, 2014, coconspirator Tooth traveled from San Diego to Istanbul in order to join and support terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons. |
|   | aa. | On or about March 9, 2014, coconspirator Little Man traveled from Minneapolis to Istanbul in order to join and support terrorist fighters engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons. |
|   | bb. | On or about March 9, 2014, defendant ABDULLAHI created a second email account ("email account #2") for coconspirators Farmer and Zubayr to communicate privately, via email messaging, with their family and associates in North America and avoid law enforcement detection of their activities in Syria. |
|   | cc. | Shortly after coconspirators Tooth and Little Man departed the United States for Turkey on March 9, 2014, defendant ABDULLAHI authored an email message in email account #1 to Little Man and Tooth (i.e., "tooth and lil man"), in which he warned them to be careful because Little Man's family had become aware of their plans to travel to Syria to fight violent jihad and there were a lot of people looking for them at the airport and in Turkey. |

dd. In response to defendant ABDULLAHI's email message, coconspirators Tooth and Little Man authored a reply email message in which they stated that everything was okay and they were about to meet with Farmer and others engaged in terrorist activity in Syria (i.e., "we about to go and meet the homies[.] In sha allah [God willing] we out of here.")

ee. In or about early March 2014, defendant ABDULLAHI, using the moniker "Phish," authored an email message in email account #1 to coconspirator Farmer in which he promised to send "every dime that[']s in [his] pocket" to his coconspirators in order for them to support and join terrorist fighters engaged in terrorist activity in Syria, including $900.00 he obtained from a tax refund (i.e., "I got like 900 [dollars]") and $2,800 he withdrew from Farmer's bank account (i.e., "your [Farmer's] mom asked for those cards that day so I only got out like 2800 [dollars]").

ff. In or about March 2014, in response to defendant ABDULLAHI's email messages regarding money, coconspirator Farmer authored an email message in email account #1 in which he told ABDULLAHI: not to stress about the money; and send and have others send additional money to individual #2 in Gaziantep, Turkey, known to coconspirator Tooth, i.e., "send money to the same [name of individual #2] I was telling u about. Tooth knows him and all info[.] [T]hat's my connect here[.] it[']s all good."

gg. On or about March 17, 2014, members of the conspiracy, including defendant ABDULLAHI and coconspirator Farmer, caused a third party (hereinafter individual #7 in Dubai, U.A.E., to wire approximately $458.00 USD, via Western Union, to individual #2 in Gaziantep, Turkey, for the purpose of supporting coconspirators engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

hh. On or about April 9, 2014, at the direction of coconspirator Tooth, individual #5 wired approximately $800.00 USD, via Western Union, from San Diego to a third party intermediary in Gaziantep, Turkey (hereinafter "individual #8"), for the purpose of supporting coconspirators engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons

ii. On or about April 23, 2014, members of the conspiracy, including defendant ABDULLAHI, caused individual #7 to wire approximately $1,000 USD, via Western Union, from Dubai, United Arab Emirates to individual #8 in Gaziantep, Turkey, for the purpose of transferring the money coconspirators engaged in terrorist activity in Syria, including the killing, kidnapping and maiming of persons.

jj. After coconspirators Tooth and Little Man arrived in Turkey in March 2014, coconspirator Farmer authored an email message in email account #1 to his coconspirators in North America (i.e., "all y'all bros"), in which he stated that: they were winning the battles in Syria

(i.e., "I got some good news that we['] re smashing manz in ball"); Zubayr was now the commander of their group of fighters (i.e., "Zooman is ur coach now"); and Farmer was arranging for Tooth and Little Man to join Farmer and the other coconspirators fighting in Syria (i.e., "I got ... [to] look for a ride to pick da homes for practice [-] tooth and dem [them].").

kk. On or about August 14, 2014, coconspirator Tooth, located in Syria, communicated with an individual (hereinafter "individual #9) in San Diego, California, and discussed individual #9 traveling to Syria to join Tooth, stating that the leader of the ISIS caliphate (i.e., "the khilaafah") "said we must bring our family under the Islamic state" and described his battle for ISIS in Syria which included a violent struggle involving killing of persons in Syria, i.e., "I am in Jihad ... many brother are getting shahada [martyred]... bombs are go off in the everyday ... these n****s are trying to kill me."

All in violation of Title 18, United States Code, Section 2339A(a).

## Count 2

### (Providing Material Support to Terrorists)

12. Paragraphs 1 through 8 and 11 of this Indictment are hereby re-alleged and incorporated by reference.

13. From on or about February 22, 2014 to on or about March 9, 2014, within the Southern District of California and elsewhere, defendant ABDULLAHI AHMED ABDULLAHI, aka "Phish," aka "Fish," did knowingly and intentionally provide, and attempt to provide, material support and resources, as defined in Title 18 United States Code,

Section 2339A(b), namely: currency and monetary instruments (collectively "money"), and personnel, that is, coconspirator #1, aka "Tooth," aka "Toothman," aka "Duale," and coconspirator #2, aka "Little Man," aka "Lil Man," aka "Lil Homie," aka "Lil N****," aka "Hman," knowing and intending that such money and personnel were to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a), that is, a conspiracy to murder, kidnap, and maim persons in a foreign country; all in violation of Title 18, United States Code, Sections 2339A(a) and 2.

DATED: March 9, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
SHANE P. HARRIGAN
Assistant U.S. Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney