UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ABDULLAHI AHMED ABDULLAHI,<br>   aka "Phish," aka "Fish,"<br><br>   Defendant. | Case No. 17CR0622 W<br><br>NOTICE OF RELATED CASE<br><br>SEALED<br>UNSEALED PER ORDER OF COURT |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Marchello Dsaun McCain," Case No. 15CR00174-W, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants;

\_X\_ (2) Prosecution against different defendants arises from,

    \_\_\_\_ (a) a common wiretap,

    \_X\_ (b) a common search warrant,

    \_X\_ (c) activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 3/9, 2017

ALANA W. ROBINSON
Acting United States Attorney