ALANA W. ROBINSON
Acting United States Attorney
SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorney
California Bar Nos.: 115757/250301
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6981/6968
Fax: (619) 546-0831
Email:  shane.harrigan@usdoj.gov
        caroline.han@usdoj.gov

Attorneys for the United States

FILED

17 MAR 13 PM 2:47

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY      MXN      DEPUTY

UNSEALED PER ORDER OF COURT

1/3/18 alf

SEALED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ABDULLAHI AHMED ABDULLAHI,<br>  aka, "Phish," aka "Fish,"<br><br>            Defendant. | Crim. Case No. 17cr0622-W<br><br>EX PARTE APPLICATION FOR ORDER TO UNSEAL THE INDICTMENT AND ARREST WARRANT FOR THE LIMITED PURPOSE OF DISCLOSURE/DISSEMINATION TO FOREIGN AUTHORITIES AND OTHER GOVERNMENT AGENCIES FOR LAW ENFORCEMENT PURPOSES<br><br>**(Filed Under Seal)** |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Alana W. Robinson, United States Attorney, and Shane P. Harrigan and Caroline P. Han, Assistant United States Attorneys, hereby applies to the Court for an order to unseal the Indictment and Arrest Warrant for the limited purpose of disclosing the existence of or disseminating the indictment and arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant Abdullahi Ahmed Abdullahi ("defendant") or to secure the defendant's arrest,

4 alf

extradition or expulsion.  authorizing the United States to disseminate copies of the sealed Indictment and Warrant for Arrest in this matter to Canadian governmental agencies for law enforcement purposes.

In support of this application, the United States alleges and states the following:

1.    On March 9, 2017, a grand jury handed up a sealed Indictment charging defendant with: Conspiracy to Provide Material Support to Terrorists, in violation of Title 18, United States Code, Section 2339A(a); Providing Material Support to Terrorists, in violation of Title 18, United States Code, Section 2339A(a); and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.  On that same day, United States Magistrate Jan M. Adler ordered the issuance of a sealed Warrant for Arrest based on that indictment.

//

//

//

//

//

//

//

//

//

//

//

//

//

2

2.   The defendant is a Canadian National residing in Edmonton, Alberta, Canada, and has not yet been arrested on the sealed Indictment. To aid in the apprehension, extradition, and prosecution of the defendant, the Government desires to disclose the existence of and disseminate the sealed Indictment and Warrant for Arrest to Canadian authorities, and other relevant foreign, intergovernmental, and United States authorities, as needed, while maintaining the Indictment and arrest warrant as filed under seal with the Court.

DATED: March 10, 2017

ALANA W. ROBINSON
Acting United States Attorney


SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorneys

3