FILED

MAR 1 3 2017

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNSEALED PER ORDER OF COURT
1/3/18 alf

~~SEALED~~



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABDULLAHI AHMED ABDULLAHI,<br>  aka, "Phish," aka "Fish,"<br><br>    Defendant. | Crim. Case No. 17cr0622-W<br><br>ORDER PERMITTING DISSEMINATION OF SEALED INDICTMENT AND ARREST WARRANT TO FOREIGN AUTHORITIES FOR LAW ENFORCEMENT PURPOSES<br><br>**(Filed Under Seal)** |

Based upon the United States of America's Ex Parte Application to permit the unsealing of the Indictment and Arrest Warrant for the Limited Purpose of Disclosure/Dissemination to Foreign Authorities and Other Government Agencies for Law Enforcement Purposes, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Indictment and Arrest Warrant are unsealed for the limited purpose of disclosing the existence of or disseminating the indictment and arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant Abdullahi

5 alf

Ahmed Abdullahi ("defendant") or to secure the defendant's arrest, extradition or expulsion; and

2.    The Indictment and Warrant for Arrest, as well as the United States ex parte application and this order, shall remain filed under seal until further order of the Court.

DATED: March, 13 2017

for

HON. THOMAS J. WHELAN
United States District Court Judge

2