ADAM L. BRAVERMAN
Acting United States Attorney
SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorney
California Bar Nos.: 115757/250301
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6981 /6968
Fax: (619) 546-0831
shane.harrigan@usdoj.gov
caroline.han@usdoj.gov

Attorneys for United States of America

**FILED**

JAN 0 3 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17CR0622-W |
| Plaintiff, | **MOTION TO UNSEAL INDICTMENT** |
| v. | |
| ABDULLAHI AHMED ABDULLAHI, | |
| Defendant. | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam L. Braverman, United States Attorney, and Shane P. Harrigan, Assistant United States Attorney, respectfully moves this Court to unseal the above-referenced Indictment for all purposes.

//

//

//

//

//

//

//

On or about March 9, 2017, the grand jury returned a sealed Indictment in the above captioned case against defendant Abdullahi Ahmed Abdullahi.  The United States now seeks an order unsealing the Indictment for all purposes.

DATED:January 2, 2018

Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

CAROLINE P. HAN
SHANE P. HARRIGAN
Assistant United States Attorneys