FILED

JAN 0 3 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR0622-W |
|---|---|
| Plaintiff, | **ORDER TO UNSEAL INDICTMENT** |
| v. | |
| ABDULLAHI AHMED ABDULLAHI, | |
| Defendant. | |

Upon application of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment filed in the above captioned case is unsealed for all purposes.

DATED: January _2_, 2018

_____
HON. THOMAS J. WHELAN
United States District Judge

3