ROBERT S. BREWER, JR.
United States Attorney
CAROLINE P. HAN
Assistant U.S. Attorney
California State Bar No. 250301
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6968
E-mail: Caroline.Han@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 17CR0622-W |
| | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| | ) |
| ABDULLAHI AHMED ABDULLAHI, | ) |
| aka PHISH, aka FISH, | ) |
| , | ) |
| | ) |
| Defendant | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case,

1

should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Shane P. Harrigan

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

None.

Please call me if you have any questions about this notice.

DATED:    October 23, 2019          Respectfully submitted,

                                        *s/Caroline P. Han*
                                        CAROLINE P. HAN
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America

2