ROBERT S. BREWER, JR.
United States Attorney
CAROLINE P. HAN
SHANE P. HARRIGAN
California Bar No. 250301/115757
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6968/6981
Email: caroline.han@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 17CR622-W |
|---|---|
| v. | |
| ABDULLAHI AHMED ABDULLAHI, | |
| Defendant. | JOINT MOTION TO CONTINUE MOTION HEARING |
| | Date: December 9, 2019<br>Time: 9:00 a.m. |

COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, ROBERT S. BREWER, JR., United States Attorney, CAROLINE P. HAN and SHANE P. HARRIGAN, Assistant United States Attorneys, and hereby files the Parties' Joint Motion to Continue Motion Hearing.

The parties further move to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from November 4, 2019 to December 9, 2019.  In support, the parties submit as follows:

1.   On March 9, 2017, a federal grand jury returned an indictment charging Defendant Abdullahi Abdullahi ("Defendant") with conspiring to provide, and providing, material support to terrorists.

1

2. On October 24, 2019, Defendant was extradited to the United States from Canada and made his initial appearance in magistrate court the following day.

3. Defendant's indictment stems from a multi-year international terrorism investigation into several individuals who conspired to provide material support to terrorists fighting the Bashar al-Assad regime in Syria by providing personnel and money. The discovery is voluminous, consisting of thousands of pages of reports, data and records obtained from internet service providers, and other subpoenaed documents. The United States expects to provide the first batch of discovery the week of November 4th.

4. Counsel for defendant, Marc Carlos, is currently engaged in state court in a trial that will likely not conclude until December.

5. The parties seek a continuance of the motion hearing to allow sufficient time for the United States to provide discovery and defense counsel to review the discovery and determine what motions may need to be filed. The parties have exercised due diligence.

7. Counsel for defendant has informed the United States that the defendant does not oppose the motion to continue. Defendant is currently in custody.

8. The parties therefore move to exclude time under the Speedy Trial Act from November 4, 2019 to December 9, 2019 pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: October 30, 2019

ROBERT S. BREWER, JR.
United States Attorney

s/ Caroline P. Han
CAROLINE P. HAN
SHANE P. HARRIGAN
Assistant United States Attorneys

s/ Marc X. Carlos (w/authorization)
MARC X. CARLOS
Counsel for Defendant