# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABDULLAHI AHMED ABDULLAHI,<br><br>　　　　　Defendant. | Case No. 17CR622-W<br><br>**ORDER** |

　　PURSUANT TO THE JOINT MOTION of the parties, the Court hereby orders the motion setting date be continued from November 4, 2019 as a Status Hearing on December 9, 2019 at 9:00 am.

　　Time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: _10/30/19_

　　　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1