


**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDULLAHI AHMED ABDULLAHI,<br>aka "Phish,"<br>aka "Fish,"<br>Defendant. | Case No.: 17CR00622-W<br><br>ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was held on October 29, 2019, in order to determine whether defendant ABDULLAHI AHMED ABDULLAHI ("Defendant") should be held in custody pending trial, on the grounds that the Defendant is a flight risk and a danger to the community. Assistant U.S. Attorney Shane Harrigan appeared on behalf of the United States. Attorney Megan Foster appeared on behalf of the Defendant.

At the hearing, the Defendant knowingly and voluntarily waived his right to the setting of bail and a detention hearing, on the record and in the presence of counsel. This Order of detention is entered without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or waiver of the right of

the United States to seek detention in the event of an application by the Defendant for such relief.

**ORDER**

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date.

DATED: 10/29/19

HONORABLE KAREN S. CRAWFORD
United States Magistrate Judge