```
 1  Marc X. Carlos
    California State Bar No. 132987
 2  MARC CARLOS LAW, APC
    424 F Street, Suite 205
 3  San Diego, California 92101
    Telephone: (619) 702-3226
 4  Facsimile:  (619) 702-5415
 5  Attorneys for Defendant
    ABDULLAHI AHMED ABDULLAHI
 6
```

FILED
OCT 29 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>ABDULLAHI AHMED ABDULLAHI,<br><br>　　　　　　Defendant. | CASE NO. 17CR622-W<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

Defendant, ABDULLAHI AHMED ABDULLAHI, hereby gives notice that he has substituted Marc X. Carlos, Esq., 424 F Street, Suite A, San Diego, CA 92101, telephone (619) 702-3226, as attorney of record and Megan E. Foster, Esq., 836 Prospect Street, Suite 101, La Jolla, CA 92037, telephone (719) 314-5117 in place of Karen M. Stevens, Esq.

Dated: 10/28/19
I request this substitution.

*/s/ A. Abdullahi*
Abdullahi Ahmed Abdullahi
Defendant

Dated: 10/28/19
I consent to this substitution.

*/s/ Megan Foster for*
Marc X. Carlos, Attorney of Record

Dated: 10/28/19
I consent to this substitution.

*/s/ Megan Foster*
Megan E. Foster, Attorney of Record

Dated: 10/29/19
I accept this substitution.

*/s/ Karen M. Stevens*
Karen M. Stevens, Esq.