AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Abdullahi Ahmed Abdullahi aka "Phish" aka "Fish"

**WARRANT FOR ARREST**

Case Number: 17cr0622-W

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Abdullahi Ahmed Abdullahi aka "Phish" aka "Fish"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
18:2339A(a) - Conspiracy to Provide Material Support to Terrorists
18:2339A(a) - Providing Material Support to Terrorists
18:2 - Aiding and Abetting

DATE ARRESTED BY: 10/24/19
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

In violation of Title   See Above   United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ M. Lozano
Signature of Deputy

3/10/2017
Date and Location

Bail fixed at $ NO BAIL   by   The Honorable Jan M. Adler
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*FILED NOV 01 2019, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA*