ROBERT S. BREWER, JR.
United States Attorney
CAROLINE P. HAN
SHANE P. HARRIGAN
California Bar No. 250301/115757
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6968/6981
Email: caroline.han@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 17CR622-W |
| | ) | |
| v. | ) | |
| | ) | |
| ABDULLAHI AHMED ABDULLAHI, | ) | |
| | ) | |
| Defendant. | ) | JOINT MOTION TO CONTINUE MOTION HEARING |
| | ) | |
| | ) | Date:  March 3, 2020 |
| | ) | Time: 9:00 a.m. |

COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, ROBERT S. BREWER, JR., United States Attorney, CAROLINE P. HAN and SHANE P. HARRIGAN, Assistant United States Attorneys, and hereby files the Parties' Joint Motion to Exclude Time.

The parties move to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from December 9, 2019 to March 3, 2020.  In support, the parties submit as follows:

1.     On March 9, 2017, a federal grand jury returned an indictment charging Defendant Abdullahi Ahmed Abdullahi ("Defendant") with conspiring to provide, and providing, material support to terrorists.

2.    On October 24, 2019, Defendant was extradited to the United States from Canada and made his initial appearance in magistrate court the following day.  Counsel for the Defendant has only recently obtained materials from Defendant's counsel in Canada.

3.    Defendant's indictment stems from a multi-year international terrorism investigation into several individuals who conspired to provide material support to terrorists fighting the Bashar al-Assad regime in Syria by providing personnel and money. Although many of Defendant's alleged co-conspirators are deceased, the United States has reviewed and continues to review a number of files to determine if the information is discoverable.  The discovery is voluminous, consisting of thousands of pages of reports of investigation, data and records obtained from internet service providers, and other subpoenaed documents.  The United States has thus far provided approximately 13 gigabytes of discovery and expects to provide at least 7 more gigabytes in the coming weeks.

4.    In addition to providing the Defendant with discovery materials from U.S. law enforcement, the United States expects that it will also be able to provide Defendant with materials from Canadian authorities, some of which will need to be requested pursuant to a mutual legal assistance treaty.

5.    The parties seek a continuance of the status hearing to allow sufficient time for the United States to continue to provide discovery and defense counsel to review the discovery and determine what motions may need to be filed.  The parties have exercised due diligence.

6.    Counsel for Defendant has informed the United States that the Defendant does not oppose the motion to continue. Defendant is currently in custody.

//

//

//

7.      The parties therefore move to exclude time under the Speedy Trial Act from December 9, 2019 to March 3, 2020 pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: December 11, 2019          ROBERT S. BREWER, JR.
                                  United States Attorney

                                  s/ Caroline P. Han
                                  CAROLINE P. HAN
                                  SHANE P. HARRIGAN
                                  Assistant United States Attorneys

                                  s/ Marc X. Carlos (w/authorization)
                                  MARC X. CARLOS
                                  Counsel for Defendant