ROBERT S. BREWER, JR.
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorney
California Bar No. 250781
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8237
Email: Fred.Sheppard@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 17CR0622-W |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ABDULLAHI AHMED ABDULLAHI, | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in

CM/ECF, please terminate this association):

Name

Caroline Pineda Han

Please feel free to call me if you have any questions about this notice.

DATED: February 26, 2020.

ROBERT S. BREWER, JR.
United States Attorney


s/Fred Sheppard
FRED SHEPPARD
Assistant U.S. Attorney