**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 17CR622-W |
| Plaintiff, | |
| v. | **ORDER** |
| ABDULLAHI AHMED ABDULLAHI, | |
| Defendant. | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant ABDULLAHI AHMED ABDULLAHI'S motion hearing and trial setting currently scheduled for May 26, 2020 at 10:00 a.m. be continued to July 27, 2020 at 10:00 a.m.. Defendant is currently detained at the Western Region Detention Facility in San Diego. The parties agree that the time is excludable under the Speedy Trial Act.

IT IS SO ORDERED.

Date: 5/18/20

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE