Thomas Anthony Durkin
California State Bar No. 56929
**DURKIN & ROBERTS**
515 W. Arlington Pl.
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com

Attorney for Defendant
ABDULLAHI AHMED ABDULLAHI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 17CR622-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | AND REQUEST FOR |
| ABDULLAHI AHMED ABDULLAHI, | ) | ELECTRONIC NOTIFICATION |
| | ) | |
| Defendant. | ) | |

Please take notice that, **THOMAS ANHTONY DURKIN,** a member of the Bar of this

Court, hereby asks leave to appear as Co-Counsel in this action with Attorney, **MARC X.**

**CARLOS,** on behalf of Defendant, **ABDULLAHI AHMED ABDULLAHI**; and respectfully

requests the Clerk to note his appearance in this case and to add him as a Filing User to whom

Notices of Electronic Filing will be transmitted in this case.

I represent that I am an attorney in good standing with the Bar of this Court, as well as an

inactive member of the Bar of the Supreme Court of California.

17CR622-W

Respectfully submitted,

Dated: October 16, 2020                    /s/ Thomas Anthony Durkin
                                           Thomas Anthony Durkin

                                           Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I caused the Notice of Appearance and Request for Electronic Notification to be filed with the Court and served on counsel for Respondents via the Court's CM/ECF system.

Respectfully Submitted,

 /s/ Thomas Anthony Durkin
California State Bar No. 56929
**DURKIN & ROBERTS**
515 W. Arlington Pl.
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com

17CR622-W