Thomas Anthony Durkin
California State Bar No. 56929
DURKIN & ROBERTS
The Rookery Building
209 S. LaSalle St., Suite 950
Chicago, IL 60604
(312) 913-9300
tdurkin@durkinroberts.com

Attorney for Defendant
ABDULLAHI AHMED ABDULLAHI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) <br>           Plaintiff,      ) <br>            ) <br>       v.               ) <br>            ) <br>            ) <br> ABDULLAHI AHMED ABDULLAHI, ) <br>            ) <br>           Defendant.     ) | CASE NO.: 17CR622-W <br><br> **JOINT MOTION TO: CONTINUE SENTENCING HEARING** |

Defendant, **ABDULLAHI AHMED ABDULLAHI**, by and through his Attorney, **THOMAS ANTHONY DURKIN**, pursuant to the Due Process and Effective Assistance of Counsel Clauses of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves to continue the sentencing hearing date of April 4, 2022, to June 13, 2022, so as to permit counsel more time to obtain records and letters of support for purposes of Defendant's Sentencing Memorandum. The government does not oppose this motion.

In support of this motion, counsel shows to the Court the following:

1.      Defendant Abdullahi was charged in 2 count indictments on March 10, 2022, in violation of 18 § U.S.C. 2339A(a) & 18:2. (Dkt. #1); and is currently detained pretrial at San Luis Detention Center.

2.      On December 17, 2021, a Change of Plea Hearing was held with a plea of guilty being entered pursuant to a written plea agreement (Dkt# 49). All pending motions were withdrawn, and pending hearing dates were vacated. Sentencing was scheduled for April 4, 2022, in San Diego.

3.      Undersigned counsel are in the process of obtaining records and letters of support in mitigation, and will require more time to adequately complete their sentencing memorandum in light of the fact that many of Defendant's records and letters are coming from Canada where he last resided.

4.      Therefore, a continuance of the current Sentencing Date of April 4, 2022, is in the interests of justice and judicial economy.

5.      Counsel has conferred with AUSA Shane Harrigan, who informed counsel that he can represent that the government has no objection to the granting of this relief.

6.      This motion is made in good faith and not for the purpose of delay.

7.      The parties have conferred with this Court's Courtroom Deputy regarding the date of June 13, 2022, and the parties are all available that date.

Respectfully submitted,

DATED: March 25, 2022  /s/ Thomas Anthony Durkin
          **THOMAS ANTHONY DURKIN,**
          Attorney for Defendant

DATED: March 25, 2022  /s/ Marc X. Carlos
          **MARC X CARLOS,**
          Attorney for Defendant


          ROBERT S. BREWER, JR.
          United States Attorney

DATED: March 25, 2022  /s/ Shane P. Harrigan
          SHANE P. HARRIGAN
          Assistant U.S. Attorney