# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ABDULLAHI AHMED ABDULLAHI,<br><br>        Defendant. | CASE NO.: 17CR622-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the Sentencing hearing is continued from April 4, 2022 at 9:00 a.m. to **June 13, 2022 at 9:00 a.m.**.

**IT IS SO ORDERED**

DATED:___3/28/22___          _____
                                HONORABLE THOMAS J. WHELAN
                                United States District Judge