RANDY GROSSMAN
United States Attorney
SHANE P. HARRIGAN
Assistant United States Attorney
California Bar No. 115757
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 546-6981
Email: shane.harrigan@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 17CR622-W |
|---|---|
| v. | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| ABDULLAHI AHMED ABUDULLAHI,<br>   aka, "Phish,"<br>   aka, "Fish,"<br><br>          Defendant. | |

The parties, UNITED STATES OF AMERICA, by and through its counsel Randy Grossman, United States Attorney, and Shane P. Harrigan, Assistant United States Attorney, and Marc X. Carlos and Thomas A. Durkin, counsel on behalf of defendant ABDULLAHI AHMED ABDULLAHI, jointly move the Court to continue the sentencing hearing from June 13, 2022 at 9:00 a.m. to **October 17, 2022 at 9:00 a.m.**

In support of this motion, counsel submits the following:

1.   On December 17, 2021, pursuant to a written plea agreement, Defendant pled guilty to the two-count indictment charging him with conspiracy to provide material support to terrorists, providing material support to terrorists and aiding and abetting, all in violation of Title 18, United States Code, Sections 2339A(a) and 2. [Doc. 48, 49.] The plea agreement provides for a joint sentencing recommendation

of the parties of 20 years' custody.  [Doc. 49.]  This Court initially scheduled the sentencing hearing for April 4, 2022 at 9:00 a.m.  [Doc. 48.]

2.   On March 25, 2022, Defendant filed an unopposed motion for a continuance of the sentencing hearing based on the grounds that and a continuance was in the interest of justice and judicial economy because defense counsel needed additional time to obtain records and letters in support of mitigation and to adequately prepare for the sentencing hearing.  On March 28, 2022, this Court granted a continuance of the sentencing hearing to June 13, 2022 at 9:00 a.m. [Doc. 52].

3.   Undersigned counsel for the Government recently learned that he will be out of the District from June 10, 2022, through June 16, 2022, and unavailable for the sentencing hearing.  Upon conferring with Mr. Durkin, counsel for Defendant, counsel for the Government also learned that Mr. Durkin needed additional time to prepare for the sentencing hearing due to being the caregiver for his wife and law partner who will be undergoing surgery on June 23, 2022. Accordingly, Mr. Durkin will be unavailable to travel to California until mid-September or early October 2022.

4.   The parties have conferred with the Court's Courtroom Deputy regarding the date of October 17, 2022, and all parties are available that date.

//
//
//
//
//

5. The motion is made in good faith and not for the purpose of delay. Counsel agree that given the unavailability of the parties, defense counsel's need for additional time to prepare for the sentencing hearing and the joint sentencing recommendation of the parties, the requested continuance is in the interest of justice and will not result in any prejudice to the Defendant.

                                        Respectfully submitted,

                                        RANDY GROSSMAN
                                        United States Attorney

DATED: June 2, 2022           */s/ Shane P. Harrigan*
                                        SHANE P. HARRIGAN
                                        Assistant U.S. Attorney

DATED: June 2, 2022           */s/ Marc X. Carlos*
                                        MARC X. CARLOS

                                        */s/ Thomas A. Durkin*
                                        THOMAS A. DURKIN

                                        Attorneys for Defendant
                                        ABDULLAHI AHMED ABDULLAHI