# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR622-W |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| ABDULLAHI AHMED ABUDULLAHI, aka, "Phish," aka, "Fish," | |
| Defendant. | |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the Sentencing Hearing is continued from June 13, 2022 at 9:00 a.m. to **October 17, 2022 at 9:00 a.m.**

**SO ORDERED.**

DATED: ___6/2/22___

_____
HONORABLE THOMAS J. WHELAN
United States District Judge