Thomas Anthony Durkin
California State Bar No. 56929
**DURKIN & ROBERTS**
The Rookery Building
209 S. LaSalle St., Suite 950
Chicago, IL 60604
(312) 913-9300
tdurkin@durkinroberts.com

MARC X. CARLOS
California State Bar No. 132987
**MARC CARLOS LAW, APC**
424 F Street, Suite 205
San Diego, California 92101
Telephone: (619) 702-3226
marc@marccarloslaw.com

Attorneys for Defendant,
ABDULLAHI AHMED ABDULLAHI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ABDULLAHI AHMED ABDULLAHI,<br><br>                    Defendant. | Case No.: 17CR622-W<br><br>DATE:  OCTOBER 17, 2022<br>TIME:  9:00 A.M.<br><br>DEFENDANT'S SENTENCING<br>SUMMARY CHART |

        Defendant, ABDULLAHI AHMED ABDULLAHI, and through his

attorneys, Thomas Anthony Durkin and Marc X. Carlos, hereby files the following

Sentencing Summary Chart which is based upon the files and records of this case.

DEFENDANT'S SENTENCING SUMMARY CHART - 1                          17CR622-W

Respectfully Submitted,

Dated: <u>October 7, 2022</u>          /s/Thomas Anthony Durkin
                                                   THOMAS ANTHONY DURKIN

                                                   Attorney for Defendant
                                                   Abdullahi Ahmed ABDULLAHI

Dated: <u>October 7, 2022</u>          /s/Marc X. Carlos
                                                   MARC X. CARLOS

                                                   Attorney for Defendant
                                                   Abdullahi Ahmed ABDULLAHI

## SENTENCING SUMMARY CHART

USPO _____
AUSA _____
DEF _____

Defendant's Name:  ABDULLAHI AHMED ABDULLAHI  Dkt No. 17CR622-W

Guideline Manual Used:  November 1, 2021     Agree with USPO Calculation: No

Base Offense Level: U.S.S.G. §2M5.3                                        26

Specific Offense Characteristics:

U.S.S.G. §3A1.4(a) [Terrorism Enhancement]                      + 12

Victim Related Adjustment:                                                  0

Adjustment for Role in the Offense:                                      0

Adjustment of Obstruction of Justice:                                   0

Adjustment for Reckless Endangerment During Flight:        0

Adjusted Offense Level:                                                      38

___ Combined (Mult. Counts)___ Career Off. __ Armed Career Crim.

Adjustment for Acceptance of Responsibility:                     - 3

Waiver of Motions:                                                            0

Total Offense Level:                                                          35

Criminal History Score:                                                      3

Criminal History Category:                                                VI
_ Career Offender   _ Armed Career Criminal

Guideline Range:                                               from 292 mths
(Range limited by: __ minimum mand. ___ statutory maximum
                                                                       To 360 mths
Departures:

_____                                            0

Resulting Guideline Range: Adjusted Offense Level:  35    from 292 mths
                                                                       to 360 mths

**JOINT RECOMMENDATION:**
240 Months Custody [Variance 18 U.S.C. §3553(A)]

DEFENDANT'S SENTENCING SUMMARY CHART - 3                          17CR622-W