UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 17CR622-W |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING MOTION TO** |
| ABDULLAHI AHMED ABDULLAHI, | ) **APPEAR BY ZOOM** |
| Defendant. | ) |

GOOD CAUSE APPEARING and based on the unopposed motion of the defense, Attorney Thomas Anthony Durkin for the defense may appear by Zoom for the Sentencing Hearing on October 17, 2022 at 9:00 a.m.

**SO ORDERED.**

DATED: ___10/11/22___     _____
HONORABLE THOMAS J. WHELAN
United States District Judge